

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michelle Lee Hayes, Appellant

No. 06-19-00138-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 17-0327X). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the phrase "Terms of Plea Bargain 10 years deferred adjudication; $2,500.00 fine." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Michelle Lee Hayes, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 15, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk